IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ABDEL HAKIM SAKAAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 2:18-cv-2440-SHM-cgc |
| | ) |
| CITY OF MEMPHIS, ET AL., | ) |
| | ) |
| Defendants. | ) |

REPORT AND RECOMMENDATION

On June 28, 2018, Plaintiff Abdel Hakim Sakaan, a resident of Bartlett, Tennessee, filed a pro se complaint pursuant to 42 U.S.C. § 2000e and a motion to proceed *in forma pauperis*. (D.E.# 1 and 2.)   However, Plaintiff neglected to pay the $400.00 civil filing fee or submit a properly completed application to proceed in forma pauperis.

In an order issued on June 29, 2018, the Court ordered the Plaintiff to file a properly completed application to proceed *in forma pauperis* or pay the appropriate civil filing fee within thirty (30) days of the entry of the order.  (D.E. # 7)  Plaintiff has not complied with that order and the time set for compliance has expired.

The June 29, 2018 Order provided, in pertinent part, that "[f]ailure to comply with this order in a timely manner will result in [recommendation that this action be dismissed] pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute." *Id*.  See also, *Taman v. Chertoff, et al*, 07-cv-2247-SHM-dkv, Order of Dismissal (D.E. # 4) April 30, 2008.

It is therefore RECOMMNDED that Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

Signed this 1st day of August, 2018.

                                            s/ Charmiane G. Claxton
                                            CHARMIANE G. CLAXTON
                                            UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**